# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2022

Mr. Adam R. Pulver
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

Ms. Jane Langdell Robinson
Ahmad, Zavitsanos & Mensing, P.C.
1221 McKinney Street
Suite 2500
Houston, TX 77010

      No. 22-10145    Braidwood Management v. EEOC
                      USDC No. 4:18-CV-824

Dear Mr. Pulver, Ms. Robinson,

You must submit the 7 paper copies of your amicus briefs required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Casey A. Sullivan, Deputy Clerk
                                    504-310-7642

cc:
    Mr. Gene Patrick Hamilton
    Mr. Jonathan F. Mitchell
    Ms. Karen S. Mitchell
    Mr. Charles Wylie Scarborough
    Mr. Jack Starcher
    Mr. Brian Walters Stoltz
    Mr. Benjamin Thomas Takemoto